JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KLEIDMAN,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE VICTORIA S. KAUFMAN,<br><br>Defendant. | Case No. 2:26-cv-02759-SB-BFM<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, it is ordered and adjudged that this action is dismissed without prejudice for lack of subject-matter jurisdiction.

This is a final judgment.

Date: September 9, 2026

Stanley Blumenfeld, Jr.
United States District Judge